■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ERIC BROWN, Appellant. — Judgment of the Supreme Court, Kings County (Douglass, J.), rendered July 28, 1982, affirmed (*People v Johnson,* 59 NY2d 1014, 1016; *People v Miller,* 52 AD2d 425, affd 43 NY2d 789). Titone, J. P., Bracken, Niehoff and Rubin, JJ., concur.